# Court of Appeals
# of the State of Georgia

ATLANTA,__May 17, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A1414. SAMUEL LEROY JORDAN v. THE STATE.

Samuel Leroy Jordan was charged with DUI (per se) and DUI (less safe/alcohol). Jordan filed a motion to suppress the results of his blood test, arguing that his arrest was invalid and that the search warrant was not supported by probable cause. The trial court denied the motion, and certified its decision for immediate review. Jordan then filed an application for interlocutory appeal. See Case No. A23I0189 (denied May 2, 2023). He also filed a notice of appeal that was docketed in this case.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Because this action remains pending before the trial court, Jordan properly filed an application for interlocutory appeal. However, this Court denied that interlocutory application, and therefore, a direct appeal is not permissible. See *Duke v. State*, 306 Ga. 171, 172 (1) (829 SE2d 348) (2019) (orders not directly appealable under OCGA § 5-6-34 (a) may be appealed immediately "only with permission from both the trial court *and* the appellate court") (emphasis supplied).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __05/17/2023__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*